UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMINA K. YASMIN, individually, and as a representative of a Class of Participants and Beneficiaries of the General Mills 401(k) Plan,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MILLS, INC., et al.<br><br>Defendants. | Case No. 22-cv-02572 PJS/JFD |

## **ORDER FOR ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, Plaintiff Samina K. Yasmin ("Plaintiff") and Defendants General Mills, Inc. et al. ("Defendants"), having stipulated to the dismissal with prejudice of Plaintiff's Amended Complaint (ECF No. 32) ("Amended Complaint") as to all Defendants, without costs or attorney's fees to any party;

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint shall be and hereby is dismissed with prejudice as to all Defendants, and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

February 28, 2023
s/Patrick J. Schiltz_____
Patrick J. Schiltz
Chief Judge, United States District Court